```
        IN THE UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF ARKANSAS
                 JONESBORO DIVISION
```

PAMELA ROGERS                                              PLAINTIFF

v.                    Case No. 3:10CV00274 JTK

MICHAEL ASTRUE, *Commissioner,*
SOCIAL SECURITY ADMINISTRATION                             DEFENDANT

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 27th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE